# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

129060 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOE AL LEDESMA,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129060
COA: 260509
Wexford CC: 03-006960-FC

      On order of the Court, the application for leave to appeal the April 18, 2005 order of the Court of Appeals and the motion to amend the application for leave to appeal are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

t1024